

1700 G Street NW, Washington, D.C. 20552

December 11, 2023

<u>Via CM/ECF</u>

Christopher Conway, Clerk of Court
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

    Re:   *Consumer Financial Protection Bureau v. Townstone Financial, Inc., et al.,* No. 23-1654—Oral Argument Citation Correction

Dear Mr. Conway:

The Bureau writes to correct a case citation from the December 8 oral argument in *Townstone*. Near the outset of his rebuttal, counsel for the Bureau referred to a portion of a dissenting opinion from Judge Easterbrook regarding the Truth in Lending Act. Bureau counsel referred the opinion as being part of the "*Century* case." In fact, the referenced opinion excerpt can be found at *Adams v. Plaza Fin. Co.*, 168 F.3d 932, 939 (7th Cir. 1999) (Easterbrook, J., dissenting), which is cited at page 32 of the Bureau's opening brief (ECF No. 12).

                                Respectfully submitted,

                                */s/ Justin M. Sandberg*
                                Justin M. Sandberg
                                  *Senior Counsel*
                                Consumer Financial Protection Bureau
                                1700 G Street NW
                                Washington, DC 20552

(202) 435-7043
justin.sandberg@cfpb.gov

cc: Counsel of Record