# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 11, 2024

Before
DIANE S. SYKES, *Chief Judge*
KENNETH F. RIPPLE, *Circuit Judge*
ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| No. 23-1654 | CONSUMER FINANCIAL PROTECTION BUREAU,<br>Plaintiff - Appellant<br><br>v.<br><br>TOWNSTONE FINANCIAL, INC. and BARRY STURNER,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:20-cv-04176<br>Northern District of Illinois, Eastern Division<br>District Judge Franklin U. Valderrama | |

The judgment of the District Court is **REVERSED**, with costs, and the case is **REMANDED** in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**   (form ID: **132**)