# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

July 11, 2024

**CERTIFIED COPY**
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before
DIANE S. SYKES, *Chief Judge*
KENNETH F. RIPPLE, *Circuit Judge*
ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| No. 23-1654 | CONSUMER FINANCIAL PROTECTION BUREAU, <br> Plaintiff - Appellant <br> v. <br> TOWNSTONE FINANCIAL, INC. and BARRY STURNER, <br> Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:20-cv-04176 <br> Northern District of Illinois, Eastern Division <br> District Judge Franklin U. Valderrama | |

The judgment of the District Court is **REVERSED**, with costs, and the case is **REMANDED** in accordance with the decision of this court entered on this date.

*[signature]*

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)